

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NOS.  2-09-217-CR**
**2-09-218-CR**
**2-09-219-CR**

JAMIE MARGUERITE MCGIRT                                              APPELLANT
A/K/A JAMIE MARGURITE MCGIRT


V.


THE STATE OF TEXAS                                                        STATE

----------
FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal."  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 6, 2009

---

[1] *See* Tex. R. App. P. 47.4.